**Dismiss and Opinion Filed November 19, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01237-CV

## IN THE INTEREST OF E.A.E., E.E.E., AND E.J.E., CHILDREN

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-55549-2014**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Stoddart
Opinion by Chief Justice Wright

The Court has before it appellant's motion to dismiss the appeal. Appellant states she no longer desires to pursue the appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

151237F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF E.A.E., E.E.E., AND E.J.E., CHILDREN

No. 05-15-01237-CV

On Appeal from the 416th Judicial District Court, Collin County, Texas
Trial Court Cause No. 416-55549-2014.
Opinion delivered by Chief Justice Wright, Justices Lang-Miers and Stoddart participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal. Subject to any agreement between the parties, we **ORDER** that appellee Erroll Lynn Eaton recover his costs of the appeal, if any, from appellant Joanne Marie Eaton.

Judgment entered November 19, 2015.